Order affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane and Lehman, JJ. Absent: Andrews, J.

---

Henry W. McMaster et al., as Receivers of the Wabash Pittsburgh Terminal Railway Company, Appellants, *v.* George J. Gould et al., Defendants.

Kingdon Gould et al., as Executors of George J. Gould, Respondents.

*Appeal — denial of motion for substitution of foreign executors in place of deceased defendant — appeal from order of Appellate Division affirming order dismissed.*

*McMaster* v. *Gould,* 215 App. Div. 811, appeal dismissed.

(Argued May 3, 1926; decided May 14, 1926.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1926, which affirmed an order of Special Term denying a motion to substitute the New Jersey executors of George J. Gould, deceased, in his place as defendants herein.

*James Marshall* and *Louis Marshall* for appellants.
*William Wallace, Jr.,* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane and Lehman, JJ. Absent: Andrews, J.

---

In the Matter of the Application of the Grade Crossing and Terminal Station Commission of the City of Buffalo, Appellant.

The City of Buffalo, Appellant; Erie Railroad Company, Respondent.

*Buffalo — grade crossing — appraisal of damage to lands from construction of underground crossing.*

*Matter of Grade Crossing Comrs. of City of Buffalo (Walden Ave.),* 214 App. Div. 809, affirmed.

(Argued May 3, 1926; decided May 14, 1926.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 30, 1925, which modified and affirmed as modified an order of Special Term confirming the report of commissioners of appraisal appointed under the provisions of the Buffalo Grade Crossing Act to ascertain and report the compensation to be paid to the owners of and parties interested in lands which may be injured by the change of grade of Walden avenue and Sycamore street occasioned by the construction of a subway in Walden avenue under the tracks of the Erie Railroad Company.

*Myron S. Short* and *Dewitt Clinton* for Grade Crossing and Terminal Station Commission, appellant.

*Frederic C. Rupp, Corporation Counsel (Jeremiah J. Hurley* of counsel), for City of Buffalo, appellant.

*S. Fay Carr* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.